UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CR-00352-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| SAUL T. KENT, ) | |
| Defendant ) | |

This matter having come before the Court on motion of Counsel for Defendant to file documents under seal, and for good cause shown, IT IS HEREBY ORDERED that defendant's sentencing memorandum and motion for downward departure/variance, including attachments, be filed under seal.

This 29 March 2011.

　　　　　　　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge